UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2056
(1:20-cv-00066-WGY)

_____

CARYN DEVINS STRICKLAND

       Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; JUDICIAL CONFERENCE OF THE
UNITED STATES; BRIAN STACY MILLER, The Hon., in his official capacity
as Chair of the Judicial Conference Committee on Judicial Resources;
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; ROBERT
J. CONRAD, JR., in his official capacity as Director of the Administrative Office
of the United States Courts; JOHN DOE(S), c/o Office of the General Counsel for
the Administrative Office of the United States Courts; UNITED STATES
COURT OF APPEALS FOR THE FOURTH CIRCUIT; JUDICIAL COUNCIL
OF THE FOURTH CIRCUIT; ROGER L. GREGORY, The Hon., in his
individual capacity; ALBERT DIAZ, The Hon., in his official capacity a Chief
Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth
Circuit; JAMES N. ISHIDA, in his individual capacity and his official capacity as
Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of
the Fourth Circuit; FEDERAL PUBLIC DEFENDER FOR THE WESTERN
DISTRICT OF NORTH CAROLINA; JOHN G. BAKER, as Federal Public
Defender of the Federal Public Defender for the Western District of North
Carolina

       Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:20-cv-00066-WGY |
| Date notice of appeal filed in originating court: | 10/15/2024 |
| Appellant | Caryn Devins Strickland |
| Appellate Case Number | 24-2056 |
| Case Manager | Emily Borneisen 804-916-2704 |