**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 1, 2024

_____

RESPONSE REQUESTED

_____

No. 24-2056,   Caryn Strickland v. Nancy Moritz
                1:20-cv-00066-WGY

TO:   Nancy L. Moritz
      Albert Diaz
      Robert J. Conrad
      James N. Ishida
      John G. Baker

RESPONSE DUE: 11/12/2024

Response is required to the motion to disqualify or, alternatively, disclose informaiton on or before 11/12/2024.

Emily Borneisen, Deputy Clerk
804-916-2704