No. 24-2056

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CARYN DEVINS STRICKLAND,

    *Plaintiff-Appellant*,

v.

NANCY L. MORITZ, ET AL.,

    *Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

## MOTION TO STAY BRIEFING SCHEDULE

Plaintiff-Appellant Caryn Devins Strickland respectfully requests that the issuance of the briefing schedule for this proceeding be held in abeyance until her pending motion to disqualify, or, alternatively, disclose information, is resolved. *See* Doc. 12. A stay of briefing would allow the issues on appeal to be fully and fairly litigated and serve the interests of judicial efficiency.

Prior to filing this motion, Appellant requested Appellees' position on this motion. Appellees stated that they take no position.[1]

---

[1] Under Rule 27, a single circuit judge, including the Circuit Judge who is not subject to the pending motion to disqualify, "may act alone" on this motion. Fed. R. App. P. 27(c). Alternatively, because the motion concerns a procedural order, an order granting the motion "may be entered for the Court by the clerk." Fourth Circuit Loc. R. 27(b).

1

1.      On October 15, 2024, Appellant filed notice of appeal.  A week later, the appeal was transmitted and docketed in this Court on October 22, 2024.  Doc. 1.

2.      On October 28, 2024, the intercircuit-assignment and designation orders for this appeal were publicly docketed.  Doc. 4.

3.      On November 1, 2024, Appellant moved to disqualify Judges Benton and Graber due to recently disclosed conflicts of interest in the intercircuit-assignment process.  In addition, she requested disclosure of information regarding whether Jill Langley's employment as the Eighth Circuit's Director of Workplace Relations is a potential conflict of interest.  Doc. 12.  Appellant's motion has not been fully briefed and remains pending.

4.      Though Appellees took the position that they did not believe "any further response [wa]s necessary," Doc. 12, this Court ordered them to respond. Doc. 13.  Thereafter, Appellees requested an extension of the time to file their response until November 19, 2024, Doc. 16, which was granted, Doc. 17.  Given the importance of the issues, Appellant anticipates that she may need additional time to assess Appellees' response and prepare a reply.

5.      As of the date of this filing, a briefing order has not issued.

6.      Appellant's motion for disqualification and disclosure of information raises profound issues that affect the fundamental fairness of this proceeding.  The outcome of the motion likely will affect the course and scope of this appeal.  In

addition, Appellant anticipates that, depending on the outcome of the motion, there may be record-related issues that will need to be resolved before the merits briefing. Holding issuance of the briefing schedule in abeyance until the parties receive further guidance from the Court will allow the issues to be fairly and fully presented and serve the interests of judicial efficiency.

    For these reasons, Appellant respectfully requests that a briefing order not be issued until her motion to disqualify or disclose information is resolved.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's appellate CM/ECF system, which accomplished service on counsel of record through CM/ECF.

/s/ Cooper Strickland
Cooper Strickland
