FILED: November 15, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-2056
(1:20-cv-00066-WGY)

_____

CARYN DEVINS STRICKLAND

        Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellant's motion to stay briefing schedule pending resolution of the motion to disqualify, or, alternatively, disclose information, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk