FILED: November 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-2056
(1:20-cv-00066-WGY)

———————————

CARYN DEVINS STRICKLAND

        Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial
Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his
official capacity as Director of the Administrative Office of the United States
Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the
Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES
N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and
as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in
his official capacity as Federal Public Defender of the Federal Public Defender for
the Western District of North Carolina

        Defendants - Appellees

———————————

O R D E R

———————————

Upon consideration of appellant's unopposed motion for a 7-day extension

of time to file a reply in support of motion to disqualify or disclose, the court

grants the motion. Appellant's reply shall be filed on or before December 3, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk