December 11, 2024

_____

RESPONSE REQUESTED

_____

No. 24-2056,    <u>Caryn Strickland v. Nancy Moritz</u>
          1:20-cv-00066-WGY

TO:   Nancy L. Moritz
      Albert Diaz
      Robert J. Conrad
      James N. Ishida
      John G. Baker

RESPONSE DUE: 12/23/2024

Response is required to the motion for summary reversal pursuant to Fourth Circuit Rule 27(f) on or before 12/23/2024.

Emily Borneisen, Deputy Clerk
804-916-2704