No. 24-2056

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CARYN DEVINS STRICKLAND,

*Plaintiff-Appellant*,

v.

NANCY L. MORITZ, ET AL.,

*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

## MOTION TO CONTINUE STAY
## OF BRIEFING SCHEDULE

Plaintiff-Appellant Caryn Devins Strickland respectfully requests that the Court continue its stay of the briefing schedule for this proceeding until her pending motion for summary reversal pursuant to Local Rule 27(f) is resolved. *See* Doc. 26. A stay of briefing would allow the issues on appeal to be fully and fairly litigated and serve the interests of judicial efficiency. Appellees take no position.

1. On November 15, 2024, this Court granted Appellant's motion to stay the briefing schedule until her motion to disqualify or, alternatively, disclose information was resolved. Doc. 19. That motion raised threshold questions regarding this appeal that required resolution before reaching the merits.

1

2. On December 9, 2024, Appellant filed a motion for permission to extend the word limit on her motion for summary reversal pursuant to Local Rule 27(f). Doc. 25. On December 11, 2024, this Court granted the motion for a word limit extension and ordered Appellees to respond to the motion for summary reversal. Docs. 27, 29. Appellees' response is currently due on December 23, 2024. Doc. 29.

3. On December 17, 2024, the Court issued an order denying Appellant's motion to disqualify or, alternatively, disclose information. Doc. 31. As of the date of this filing, a briefing order has not issued.

4. Like the motion to disqualify or disclose information, Appellant's motion for summary reversal raises threshold issues that affect the fairness of this appeal. Namely, the motion raises the issue of whether the district court erred by allowing her legal team to withdraw without making any finding of good cause. This issue affects the fundamental fairness of this appeal, including whether it is appropriate for Appellant to be representing herself, with only her spouse to assist. Therefore, holding issuance of the briefing schedule in abeyance until the parties receive further guidance from the Court will allow the issues to be fairly and fully presented and serve the interests of judicial efficiency.

For these reasons, Appellant respectfully requests that the stay of the briefing

order be continued until her motion for summary reversal is resolved.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's appellate CM/ECF system, which accomplished service on counsel of record through CM/ECF.

/s/ Cooper Strickland
Cooper Strickland