No. 24-2056

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

C~ARYN~ D~EVINS~ S~TRICKLAND~,

                                                    *Plaintiff-Appellant*,

v.

N~ANCY~ L. M~ORITZ~, ET AL.,

                                                    *Defendants-Appellees*.

O~N~ A~PPEAL FROM THE~ U~NITED~ S~TATES~ D~ISTRICT~ C~OURT FOR THE~
W~ESTERN~ D~ISTRICT OF~ N~ORTH~ C~AROLINA~

## PLAINTIFF-APPELLANT'S NOTICE
## OF INTENT TO FILE A REPLY

Pursuant to Fourth Circuit Rule 27(d), Appellant Caryn Devins Strickland hereby notifies this Court of her intent to file a reply in support of her motion for summary reversal of the district court's order summarily granting her legal team's motion to withdraw. Doc. 26. In its text-only entry order, the district court did not make any finding of good cause or consider the prejudice to Plaintiff, as well as the public's interest in a fair adjudication of this case, which implicates the rights of approximately 30,000 employees of the judiciary who are not covered by Title VII of the Civil Rights Act. *See id.* Appellant respectfully requests that the Court not act

1

on the motion until her reply is filed.

                                                Respectfully Submitted,

                                                */s/ Cooper Strickland*

                                                Cooper Strickland
                                                P.O. Box 92
                                                Lynn, NC 28750
                                                Tel. (828) 817-3703
                                                cooper.strickland@gmail.com

                                                *Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's appellate CM/ECF system, which accomplished service on counsel of record through CM/ECF.

/s/ Cooper Strickland
Cooper Strickland
