Filed: December 30, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

BRIEFING ORDER - CIVIL/AGENCY

_____

No. 24-2056,  <u>Caryn Strickland v. Nancy Moritz</u>
1:20-cv-00066-WGY

Briefing shall proceed on the following schedule. Counsel is advised that the panel will look unfavorably on a request by either party for an extension of time or an increase in length beyond that provided in the Federal Rules of Appellate Procedure.

JOINT APPENDIX due: 2/10/2025

BRIEF [Opening] due: 02/10/2025

BRIEF [Response] due: 03/12/2025

BRIEF [Reply] (if any) due: Within 21 days of service of response brief.

The following rules apply under this schedule:

- Filings must conform to the **[Fourth Circuit Brief & Appendix Requirements](#)** as to content, format, and copies. The Requirements are available as a link from this order and at **[www.ca4.uscourts.gov](#)**. FRAP 28, 30 & 32. **NOTE: The Court's preferred typefaces are Times New Roman, Century Schoolbook, and Georgia. The Court discourages the use of Garamond.**
- The joint appendix must be paginated using Bates page numbering and the JA or J.A. format required by the **[Fourth Circuit Appendix Pagination & Brief Citation Guide](#)**. Appendix citations in the parties' briefs must use the same format. Local Rules 28(g) & 30(b)(4).
- All parties to a side must join in a single brief, even in consolidated cases,

unless the court has granted a motion for leave to file separate briefs. Local Rules 28(a) & 28(d).
- If a brief is filed in advance of its due date, the filer may request a corresponding advancement of the due date for the next brief by filing a motion to amend the briefing schedule.
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.
- Failure to file an opening brief within the scheduled time may lead to dismissal of the case and imposition of sanctions against counsel. Local Rules 45 & 46(g).
- Failure to file a response brief may result in loss of the right to be heard at argument. FRAP 31(c).
- If a case has not been scheduled for a mediation conference, but counsel believes such a conference would be beneficial, counsel should contact the Office of the Circuit Mediator directly at 843-731-9099, and a mediation conference will be scheduled. In such a case, the reason for scheduling the conference will be kept confidential. Local Rule 33.
- The court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. Local Rule 34(a).
- If a case is to be scheduled for argument, counsel will receive prior notice from the court.

/s/ NWAMAKA ANOWI, CLERK
By: Emily Borneisen, Deputy Clerk