UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2056
(1:20-cv-00066-WGY)
_____

CARYN DEVINS STRICKLAND

      Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion to continue stay of the briefing schedule, the court denies the motion. The briefing schedule,

however, is adjusted as follows:

    Joint appendix due: 02/28/2025

    Opening brief due: 02/28/2025

    Response brief due: 03/31/2025

    Any reply brief: 21 days from service of response brief.

Counsel is advised that no further extensions will be granted for filing the opening brief and appendix absent a showing of extraordinary circumstances.

    For the Court

    <u>/s/ Nwamaka Anowi, Clerk</u>