IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| CARYN DEVINS STRICKLAND, Plaintiff-Appellant, v. NANCY L. MORITZ, et al., Defendants-Appellees. | No. 24-2056 |

**DEFENDANTS' RESPONSE TO
MOTION TO EXCEED WORD LIMIT**

Plaintiff-appellant Caryn Strickland requests leave to file an opening brief of 35,900 words, almost triple the 13,000-word limit.

This Court "encourages short, concise briefs." 4th Cir. R. 32(b). Under this Court's rules, a request to exceed the normal length limitations "must be supported by a statement of reasons." *Id.* "These motions are not favored and will be granted only for exceptional reasons." *Id.*

It is hardly clear that any such exceptional reasons are presented here, let alone reasons that would be exceptional enough to warrant such a significant expansion of the word limit. Word limits are routinely adhered to even in appeals that raise novel and complex issues, appeals where there is a voluminous record, and appeals where a brief is responding to multiple

full-length briefs filed by separately represented opposing parties. And even in the exceptional case where an overlength brief is warranted, a modest expansion of the word limit will suffice. Indeed, the voluminous nature of the record in this case only underscores the importance of focused, concise briefing. Defendants defer to the Court's judgment, however, in evaluating plaintiff's assertion that her 160-page proposed opening brief would "facilitate its review" rather than "unduly burden[ing] the Court." Mot. 6.

        Respectfully submitted,

        ABBY C. WRIGHT

        */s/ Kevin B. Soter*
        KEVIN B. SOTER
        (202) 305-1754
          Attorneys, Appellate Staff
          Civil Division
          U.S. Department of Justice
          950 Pennsylvania Ave. NW
          Room 7222
          Washington, D.C. 20530
          kevin.b.soter@usdoj.gov

MARCH 2025

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this response complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 208 words, according to the count of Microsoft Word.

                                                                          /s/ *Kevin B. Soter*
                                                                          KEVIN B. SOTER