IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CARYN DEVINS STRICKLAND,

Plaintiff-Appellant,

v.

NANCY L. MORITZ, et al.,

Defendants-Appellees.

No. 24-2056

## MOTION TO WITHDRAW

Pursuant to Circuit Rule 46(c), defendants-appellees respectfully request that Abby Wright be permitted to withdraw as counsel in this appeal because Ms. Wright is leaving the U.S. Department of Justice. Defendants-appellees will continue to be represented by Kevin B. Soter and other Department of Justice attorneys.

Respectfully submitted,

*/s/ Abby C. Wright*
ABBY C. WRIGHT
(202) 514-0664
  Attorney, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7517
  Washington, D.C. 20530
  abby.wright@usdoj.gov

MARCH 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 170 words, according to the count of Microsoft Word.

 /s/ *Abby C. Wright*
ABBY C. WRIGHT