UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2056
(1:20-cv-00066-WGY)
_____

CARYN DEVINS STRICKLAND

   Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

   Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the submissions relative to appellees' motion for an extension of time, the Court grants the motion. Appellees' response brief is due

May 15, 2025.

Additionally, the Court places this case in mediation. The Clerk shall notify the parties accordingly.

                                                        For the Court

                                                        /s/ Nwamaka Anowi, Clerk