# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-2056   Date of Oral Argument: 06/30/25

Caption: Strickland v. Moritz

Attorney Arguing: Kevin B. Soter

Arguing on Behalf of (party name):
Moritz; Conrad; Diaz; Ishida; Baker

Select party type:
☐ Appellant  ☑ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Kevin B. Soter
Phone Number (day of argument): 202-532-3506

Principal Argument Time: 20    Rebuttal Argument Time (if any):
(for appellants and appellees)   (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:    Rebuttal Argument Time (if any):
(for appellants and appellees)   (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following: ☐ Order allowing argument time
                                                ☐ Court-Appointed Amicus

Signature: /s/ Kevin B. Soter    Date: 03/24/25