IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CARYN DEVINS STRICKLAND,

Plaintiff-Appellant,

v.

NANCY L. MORITZ, *et al.*,

Defendants-Appellees.

No. 24-2056

**DEFENDANTS-APPELLEES' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30 and Fourth Circuit Local Rule 30(c), defendants-appellees respectfully request leave to file a Supplemental Appendix in this case. This case is on appeal from a six-day bench trial in which the district court heard testimony from eight live witnesses and received into evidence thousands of pages of documents before entering judgment in favor of defendants. The Supplemental Appendix would contain documents that are part of the record on appeal, including exhibits that were admitted by the district court at trial that do not appear to be accessible on the electronic docket. The documents at issue are relevant to arguments that defendants will raise in the response brief and material to the Court's

consideration of this appeal. These documents were not included in the Joint Appendix because at the time plaintiff's appendix designations were served, it was unclear to defendants' counsel which of the numerous trial exhibits not included in plaintiff's designations, if any, might be relevant to the issues plaintiff would raise on appeal.

Defendants have sought plaintiff's position on this motion and provided a list of trial exhibits that defendants currently expect to include in the Supplemental Appendix, while noting that the precise record materials to be included in the Supplemental Appendix may change between now and the May 15 filing deadline for defendants' response brief. In response, plaintiff's counsel has stated the following:

> Based on the tentative information Defendants' counsel provided about their motion during the consultation process, which they indicated may be subject to change, Plaintiff takes no position at this time but reserves the right to review Defendants' motion when it is filed and determine whether any further response is necessary. *See* Loc. R. 27(d).

Respectfully submitted,

COURTNEY L. DIXON

 /s/ *Kevin B. Soter*
KEVIN B. SOTER
(202) 305-1754
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Room 7222
   Washington, D.C. 20530

MAY 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 420 words, according to the count of Microsoft Word.

/s/ *Kevin B. Soter*
KEVIN B. SOTER