UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-2056
(1:20-cv-00066-WGY)

———————————

CARYN DEVINS STRICKLAND

    Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

    Defendants - Appellees

———————————

O R D E R

———————————

Counsel for the parties and any amici curiae are requested to file four paper copies of their previously filed briefs and appendices (both sealed and public filings) on or before 05/23/2025.

Paper copies of briefs and appendices must match the electronic version. No

ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

> For the Court--By Direction
>
> /s/ Nwamaka Anowi, Clerk