FILED:  May 20, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 24-2056
(1:20-cv-00066-WGY)

———————————

CARYN DEVINS STRICKLAND

       Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial
Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his
official capacity as Director of the Administrative Office of the United States Courts;
ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit
and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his
official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the
Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as
Federal Public Defender of the Federal Public Defender for the Western District of
North Carolina

       Defendants - Appellees

———————————

O R D E R

———————————

    The court grants the motion to suspend the printing deadline pending resolution of

the motion to suspend the requirement to file printed copies of the joint appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk