UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2056
(1:20-cv-00066-WGY)

CARYN DEVINS STRICKLAND

    Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

    Defendants - Appellees

O R D E R

Upon consideration of submissions relative to appellant's motion to forward trial exhibits pursuant to Fed. R. App. P. 11(e), the court denies the motion.

                                           For the Court

                                           /s/ Nwamaka Anowi, Clerk