**Caryn Strickland**
Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

May 30, 2025

Nwamaka Anowi, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Re: Rule 28(j) Letter in Strickland v. Moritz, et al, No. 24-2056

Dear Ms. Anowi:

      This letter is filed in support of Strickland's motion for summary reversal. *See* Doc. 26. Several recent district court decisions have underscored the importance of the constitutionally protected right to the assistance of counsel, even for disfavored clients. *See Hale v. Exec. Office of the President*, No. 25-917 (RJL), 2025 U.S. Dist. LEXIS 100078, at *7 (D.D.C. May 27, 2025); *Jenner v. United States DOJ,* Civil Action No. 25-916 (JDB), 2025 U.S. Dist. LEXIS 99015, at *1 (D.D.C. May 23, 2025); *Perkins Coie LLP v. United States DOJ*, Civil Action No. 25-716 (BAH), 2025 U.S. Dist. LEXIS 84475 (D.D.C. May 2, 2025).

      The district court failed to make a finding of good cause before allowing Strickland's *pro bono* legal team to withdraw, resulting in the loss of her counsel and her litigation funding. As discussed in a recent filing, Professor Gersen, Strickland's lead counsel in district court, offered to present oral argument on Strickland's behalf in this appeal and wrote to Strickland that she was "preparing an engagement letter for both of our review to see if we can make this work." *See* Doc. 99. The next day, Professor Gersen wrote to Strickland, "it's hard for me not want to be involved in the appeal," but provided various personal reasons why "all in all I should not take this on right now." Professor Gersen then stated, "I would truly appreciate it if you could consider me again if there is a cert petition/brief in opposition stage of this litigation or beyond." Strickland interpreted this offer to confirm, again, that Professor Gersen does not have any conflict of interest precluding representation. Because the district court did not determine whether good cause for the withdrawal existed, Strickland, a sexual harassment victim, is being required to represent herself and argue her own case on appeal against the Federal Judiciary and the Department of Justice.

**Caryn Strickland**
Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

Sincerely,

/s/ Caryn Strickland
Caryn Strickland
Law Office of Caryn Strickland
PO Box 92
Lynn, NC 28750
828-388-7337
caryn.strickland@outlook.com


cc:     All parties via CM/ECF