# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 23, 2025

_____

RESPONSE REQUESTED

_____

No. 24-2056,   Caryn Strickland v. Nancy Moritz
              1:20-cv-00066-WGY

TO:   Nancy L. Moritz
      Albert Diaz
      Robert J. Conrad
      James N. Ishida
      John G. Baker

RESPONSE DUE: 06/26/2025 by noon

Response is required to the motion to seal oral argument regarding MeToo Evidence on or before 06/26/2025 by noon.

Emily Borneisen, Deputy Clerk
804-916-2704