FILED: June 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2056
(1:20-cv-00066-WGY)
_____

CARYN DEVINS STRICKLAND

      Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion to seal oral argument for a limited purpose, oral argument will proceed as usual with an

unsealed public hearing. If, in the course of oral argument, the panel deems that a discussion regarding the contents of the sealed "Me Too" evidence is necessary, then a sealed-argument session will be conducted immediately after the close of the public hearing.

                               For the Court

                               <u>/s/ Nwamaka Anowi, Clerk</u>