FILED: October 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2056
(1:20-cv-00066-WGY)

_____

CARYN DEVINS STRICKLAND

       Plaintiff - Appellant

v.

NANCY L. MORITZ, The Hon., in her official capacity as Chair of the Judicial Conference Committee on Judicial Resources; ROBERT J. CONRAD, JR., in his official capacity as Director of the Administrative Office of the United States Courts; ALBERT DIAZ, The Hon., in his official capacity as Chief Judge of the Fourth Circuit and as Chair of the Judicial Council of the Fourth Circuit; JAMES N. ISHIDA, in his official capacity as Circuit Executive of the Fourth Circuit and as Secretary of the Judicial Council of the Fourth Circuit; JOHN G. BAKER, in his official capacity as Federal Public Defender of the Federal Public Defender for the Western District of North Carolina

       Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellees' motion requesting a stay of the deadline for filing a response to the petition for rehearing in light of the lapse of appropriations, the court grants the motion and suspends the deadline pending further order of the court.

For the Court

/s/ Nwamaka Anowi, Clerk