# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 13, 2025

_____

### RESPONSE REQUESTED
_____

No.   24-2056,      <u>Caryn Strickland v. Nancy Moritz</u>
                    1:20-cv-00066-WGY

TO:   Nancy L. Moritz, Albert Diaz, Robert J. Conrad, James N. Ishida, John G. Baker

RESPONSE DUE: **November 24, 2025**

Please respond to the petition for panel rehearing on or before November 24, 2025. The response may not exceed 3900 words.

E. Borneisen, Deputy Clerk
804-916-2702