# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 14, 2025

_____

RESPONSE REQUESTED

_____

No. 24-2056,　　Caryn Strickland v. Nancy Moritz
　　　　　　　　1:20-cv-00066-WGY

TO:　　Nancy L. Moritz
　　　　Albert Diaz
　　　　Robert J. Conrad
　　　　James N. Ishida
　　　　John G. Baker

RESPONSE DUE: 11/24/2025

Response is required to the motion to unseal and motion for leave to file a reply on or before 11/24/2025.

E. Borneisen, Deputy Clerk
804-916-2702