# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 21, 2026

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Caryn Devins Strickland
v. Nancy L. Moritz, Judge, In Her Official Capacity as Chair of
the Judicial Conference Committee on Judicial Resources, et al.
No. 25-1303
(Your No. 24-2056)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 18, 2026 and placed on the docket May 21, 2026 as No. 25-1303.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst